UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Docket No.:   3:05cr163HTW-AGN-001 |
| | ) | |
| JIMMIE L. PRUETT | ) | |

## ORDER FOR SELF-SURRENDER

_____

Jimmie L. Pruett was sentenced by the Court on June 9, 2006, to forty-one (41) months imprisonment, and the sentence was to be executed on September 11, 2006, following a restitution hearing.  The restitution hearing, however, was continued to an undetermined date.  The Court therefore orders the defendant, Jimmie L. Pruett, to self-surrender to the institution designated by the U.S. Bureau of Prisons by 1:00 p.m. on October 30, 2006.

So ordered, this the **4th** day of **October,** 2006.

**s/ HENRY T. WINGATE**

_____
Henry T. Wingate
Chief U. S. District Court Judge